IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDER McNEAL,

    Petitioner,

vs.                                     Case No. 4:13cv628-MW/CAS

STATE OF FLORIDA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On November 6, 2013, Petitioner Alexander McNeal, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. After direction by this Court, Petitioner filed a motion for leave to proceed in forma pauperis (IFP). Doc. 4. Review of Petitioner's IFP motion indicated he should have the funds to pay the $5.00 filing fee; accordingly, Petitioner was given until February 6, 2014, to do so. Doc. 5. The filing fee was paid February 3, 2014. Doc. 7. Accordingly, the IFP motion should be denied as moot.

Petitioner was also directed to file an amended § 2254 petition because the first petition he filed was not on the proper form. *Id.*; *see* Doc. 1. Petitioner has since filed

an amended § 2254 petition; however, the amended petition is also not on the proper form. Doc. 6. Review of the filing reveals the case should be transferred.

Petitioner is currently incarcerated at the Columbia Correctional Facility in Lake City, Florida, which is located in Columbia County, in the Middle District of Florida. Docs. 1, 6; *see* 28 U.S.C. § 89(b). Petitioner appears to challenge a state court judgment from the Fourth Judicial Circuit, which is also located in the Middle District of Florida. Doc. 6*; see* 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district of conviction. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). Because Petitioner is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District. The petition should be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, the district of conviction and confinement. *Id.*; M.D. Fla. R. 1.02(b)(1).

It is therefore respectfully **RECOMMENDED** that the IFP motion (Doc. 4) be **DENIED as moot**, given payment of the filing fee, and the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on February 20, 2014.

 S/   Charles A. Stampelos  
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO PARTIES**

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv628-MW/CAS