IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDER McNEAL,

    Petitioner,

v.                                CASE NO.   4:13-cv-628-MW/CAS

STATE OF FLORIDA,

    Respondent.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.8, filed February 20, 2014.  Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.  Because Petitioner is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District of Florida.  28 U.S.C. §2241(d). This cause is transferred to the United States District Court for the Middle District of Florida, Jacksonville

1

Division, the district of conviction and confinement. The Clerk shall take all necessary steps to effect the transfer and close the file.  Petitioner's motion to proceed *in forma pauperis*, ECF No. 4., is **DENIED as moot** since the filing fee has been paid.

    **SO ORDERED on March 20, 2014.**

                           <u>s/Mark E. Walker</u>
                            **United States District Judge**